UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKEEM L. LOICE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>D.J. SOTO, Warden,<br><br>　　　　　　Respondent.<br>_____ | Case No. CV 13-2635 AG(JC)<br><br>(PROPOSED)<br><br>ORDER (1) ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; (2) OVERRULING OBJECTIONS; (3) DISMISSING UNEXHAUSTED CLAIM IN LIGHT OF PETITIONER'S ELECTION; (4) DENYING MOTION TO DISMISS AS MOOT; AND (5) ORDERING RESPONDENT TO FILE ANSWER |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), the Motion to Dismiss the Petition and all documents submitted in conjunction therewith and in opposition thereto, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The

///

1  Court concurs with and accepts the findings, conclusions, and recommendations of
2  the United States Magistrate Judge and overrules the Objections.
3        Petitioner, in the Objections, notes that in the event his Objections are
4  overruled and the Court concludes, as it has, that Claim 2c (as enumerated in the
5  Report and Recommendation) is unexhausted, such that the Petition is "mixed,"
6  petitioner elects to abandon Claim 2c.
7        IT IS THEREFORE ORDERED:  (1) Claim 2c is dismissed; (2) the Motion
8  to Dismiss, which has been rendered moot by the dismissal of Claim 2c, is denied
9  as such; and (3) respondent shall file an Answer addressing the merits of the
10 remaining claims in the Petition within twenty (20) days of the entry of this Order
11 absent further Order of the Court.
12       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
13 the Report and Recommendation on petitioner and on counsel for respondent.
14       IT IS SO ORDERED.
15       DATED: November 27, 2013

_____

    HONORABLE ANDREW J. GUILFORD
    UNITED STATES DISTRICT JUDGE