1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

12   HAKEEM L. LOICE,                      Case No. CV 13-2635 AG(JC)

13              Petitioner,               (PROPOSED) JUDGMENT

14        v.

15   D. J. SOTO, Warden,

16              Respondent.

17

18

19        Pursuant to this Court's Order Accepting Findings, Conclusions and

20   Recommendations of United States Magistrate Judge,

21        IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and

22   this action is dismissed with prejudice.

23

24   DATED: JANUARY 31, 2016

25

26

27        HONORABLE ANDREW J. GUILFORD
          UNITED STATES DISTRICT JUDGE

28